

IN THE
TENTH COURT OF APPEALS

No. 10-18-00008-CR

DUSTIN SCOTT HARWELL,

                                                                        Appellant

 v.

THE STATE OF TEXAS,

                                                                        Appellee

From the 21st District Court
Burleson County, Texas
Trial Court No. 15,391

## MEMORANDUM  OPINION

The trial court convicted Dustin Scott Harwell of the offense of burglary of a

habitation and assessed punishment at fifteen years confinement.  We affirm.

Harwell's appointed counsel filed an *Anders* brief asserting that he has diligently

reviewed the appellate record and that, in his opinion, the appeal is frivolous.  *See Anders*

*v. California*, 386 U.S. 738 (1967).  Counsel informed Harwell of his right to submit a brief

on his own behalf.  Harwell did not file a brief.  Counsel's brief evidences a professional

evaluation of the record for error, and we conclude that counsel performed the duties required of appointed counsel. *See Anders v. California*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978); s*ee also In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008).

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings, ... decide whether the case is wholly frivolous." *See Anders v. California*, 386 U.S. at; accord *Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n. 10 (1988). After a review of the entire record in this appeal, we determine the appeal to be wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgments.

Counsel's request that he be allowed to withdraw from representation of Harwell is granted. Additionally, counsel must send Harwell a copy of our decision, notify Harwell of his right to file a pro se petition for discretionary review, and send this Court a letter certifying counsel's compliance with Texas Rule of Appellate Procedure 48.4. TEX.R.APP.P. 48.4; *see also In re Schulman*, 252 S.W.3d at 409 n.22.


AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Affirmed; motion granted
Opinion delivered and filed September 12, 2018
Do not publish
[CR25]

